UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  A 20 FOOT STARCRAFT

FREEDOM MARINE SALES, LLC,
FREEDOM BOAT CLUB, LLC and
PATRICIA HICKEY, as owner

Petitioners.

Case No: 2:18-cv-620-FtM-38CM

# ORDER

This matter comes before the Court upon review of the Joint Motion to Re-Schedule the Preliminary Pretrial Conference ("PPTC") filed on December 19, 2018. Doc. 21. Counsel for both parties "seek to re-schedule the preliminary pretrial conference currently set for December 26, 2018 to provide the Court an opportunity to review the Case Management Report and make a determination pursuant to [Middle District of Florida] Local Rule 3.05(c)(2)(D)." *Id.* at 2. The Court has reviewed the Case Management Report and still determines a PPTC is appropriate in this case. *See* Doc. 20. Given that the parties present no conflicts or other reasons why the PPTC should not go forward on December 26, 2018, the Court will move forward with the PPTC at its scheduled date and time. *See generally* Doc. 21; *see also* Doc. 19. If the parties wish to move the date of the PPTC in light of the holiday, they may file a motion requesting such relief from the Court. Because counsel for both parties are located in the Tampa Bay area, the Court *sua sponte* will permit the parties to appear telephonically for the PPTC.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Re-Schedule the Preliminary Pretrial Conference (Doc. 21) is **DENIED without prejudice**.

2. ALL parties must appear telephonically for the Preliminary Pretrial Conference. The toll-free teleconference number is 1-888-684-8852. The access code is 3535845. You will then be prompted to enter a participant security code: 18620. ALL parties are to appear by landline and not a cellular phone.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of December, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record